Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

_____ Division

**U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

**FILED FEB 0 1 2021**

**CAROL L. MICHEL CLERK**

Case No. **21-211**
**SECT. D MAG. 4**
*(to be filled in by the Clerk's Office)*

Erika Malone

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The Boeing Company
Rudy Gordy

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Erika Malone |
| Street Address | 7230 Van Tuyl Parkway |
| City and County | Mckinney, TX |
| State and Zip Code | 75070 |
| Telephone Number | 504-388-1160 |
| E-mail Address | erikamalone504@yahoo.com |

**TENDERED FOR FILING**

**FEB 01 2021**

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

☑ Fee #402.00 ph Recept# LAE065978
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc.No._____

Page 1 of 7

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Boeing Company |
| Job or Title *(if known)* | |
| Street Address | 100 North Riverside |
| City and County | Chicago |
| State and Zip Code | Illinois,60606 |
| Telephone Number | 312-544-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The Boeing Company |
| Job or Title *(if known)* | |
| Street Address | 13800 Old Gentilly Rd, |
| City and County | New Orleans |
| State and Zip Code | LA 70128 |
| Telephone Number | 504-257-3311 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Rudy Gordy |
| Job or Title *(if known)* | The Boeing Company |
| Street Address | 13800 Old Gentilly Rd |
| City and County | New Orleans, |
| State and Zip Code | LA, 70128 |
| Telephone Number | 213-422-2107 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number

E-mail Address *(if known)*

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | The Boeing Company |
| Street Address | 13800 Old Gentilly Rd |
| City and County | New Orleans, |
| State and Zip Code | LA, 70128 |
| Telephone Number | 504-257-3311 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☒ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☐ Retaliation.

☐ Other acts *(specify)*:    Sexual Harrassment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

12/2017, 02/2018, 04/2018, 11/2018, 05/2018, 07/2018, 09/2018, 10/2018, 11/2018,  2/8/2019 2/14/2019

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race        yonger with males were given better task then me.

☐ color

☒ gender/sex      Worked with prodominantly males

☐ religion

☐ national origin

☒ age *(year of birth)*    1970    *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

Page 4 of 7

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E.      The facts of my case are as follows. Attach additional pages if needed.

I began my employment with The Boeing Company on September 20, 2017, most recently as a Fabracation Specialist, earning $38,000 a year. In July, of 2018, I pulled my calf muscle outside of work and was given a doctor's note for light duty at work and was required to wear a boot for 6 weeks. I was transferred from the spray team to tank monitor in the VAB section. This temporay position eventually became a permanent postion. While working in this position, I wasn't put on jobs that would not help me in my skill sets and was given mostly cleaning and tank monitoring jobs, while younger white males were given the better tasks. In Oct, 2018, I was asked to fill in for a coworker, Brain. I later found out that the only reason I was asked to fill in was only to take a shot at his manhood since I am a female. On February 11, 2019 I was only given a 2% bonus because I am a woman, while younger white men received bonuses up to 5%. On February 14, 2019, I was sexually harrassed by a coworker, Rudy Gordy, who smacked me on my buttocks. I reported the incident to management, This incident was the straw that broke the camels back. It caused me to go out on leave because my stress, depression and anexity levels had sky rocketed when this occurred. I also seeked counseling and was under mental care for the duration of my leave which was for 6month. I was harrased and discriminated against because of my race (Black), and because of my sex (Female) in violation of the Title VII of the Civil Rights.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

3/11/2019

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)*      11/3/2020      .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒      60 days or more have elapsed.

☐      less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

emotional distress, mental anguish, sleep dificulties,  medical expenses, inconvenience, loss of overtime pay. I left the company in December 2020.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/1/21

Signature of Plaintiff

Printed Name of Plaintiff    Erika Malone

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

emotional distress, mental anguish, sleep dificulties,  medical expenses, inconvenience, loss of overtime pay. I left the company in December 2020.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Malone, Erika R <Erika.Malone@wolterskluwer.com> |
| **Sent:** | Monday, February 1, 2021 4:22 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Cc:** | erikamalone504@yahoo.com |
| **Subject:** | Erika Malone. Please contact me at 504-388-1160 to pay the $402.00 Filing fee. I have a debit card. |
| **Attachments:** | cover Sheet.pdf; Complaint EEOC1.pdf; Complaint EEOC1.pdf; Summons.pdf; Summons.pdf |

**CAUTION - EXTERNAL:**

Erika Malone. Please contact me at 504-388-1160 to pay the $402.00 Filing fee. I have a debit card.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Malone, Erika R <Erika.Malone@wolterskluwer.com> |
| **Sent:** | Monday, February 1, 2021 5:00 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Erika Malone |
| **Attachments:** | Corrected Date.pdf |

**CAUTION - EXTERNAL:**

Erika Malone
Customer Service Representative
CT Corporation

Team: (866) 286-8430
Erika.Malone@wolterskluwer.com
CorportationTeam@wolterskluwer.com

For the latest jurisdictional impact due to Covid19, please click here: https://ct.wolterskluwer.com/covid-19-coronavirus

 Wolters Kluwer

www.ctcorporation.com
www.wolterskluwer.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.