UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIKA MALONE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-211** |
| **BOEING COMPANY, ET AL.** | **SECTION "D" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation[1], hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Erika Malone's Title 42 U.S.C. § 2000e complaint as urged against the Boeing Company and Rudy Gordy be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this  1st  day of  October , 2021.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that objections to the Magistrate Judge's Report and Recommendations were due by September 3, 2021. Prior to that date, this area was struck by Hurricane Ida and the Chief Judge issued General Order 21-12, extending deadlines to September 27, 2021. The Court further notes that pro se plaintiff's address is in McKinney, Texas, which was not affected by the hurricane. Nevertheless, the Court confirmed the extended deadline, giving the parties until September 27, 2021 to file objections (R.Doc.7). No objections have been filed to date.